# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| M.P., a minor, by and through, Jennifer Pinckney, as Parent, Natural Guardian, and Next Friend, <br>       Plaintiff, <br> vs. <br><br> Meta Platforms, Inc. (f/k/a Facebook, Inc., a Delaware Corp.); Facebook Holdings, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Internet Research Agency, LLC (a/k/a Mediasintez LLC a/k/a Glavset LLC a/k/a Mixinfo LLC a/k/a Azimut LLC a/k/a Novinfo LLC); Concord Management and Consulting LLC; Concord Catering & Yevgeniy Viktorovich Prigozhin, <br>       Defendants. | Civil Action No.: 2:22-cv-3830-RMG <br><br> Judge: Richard M. Gergel <br><br> **NOTICE OF APPEAL** |

COMES NOW the Plaintiff M.P., a minor, by and through, Jennifer Pinckney, as Parent, Natural Guardian, and Next Friend hereby gives notice of appeal to the Fourth Circuit Court of Appeals. Plaintiff appeals to the Fourth Circuit the Order and Opinion (Dkt. 39) that the District Court entered on July 24, 2023. The Order and Opinion granted the Motion to Dismiss brought by the Meta Defendants (Dkt. 27). The Order additionally dismissed the Plaintiff's Complaint against the Russian Defendants in the case and entered judgment in their favor. (Dkt. 40). The Plaintiff has filed a Motion to Alter, Amend or Vacate the Dismissal of the Complaint against Russian Defendants. In this appeal, the Plaintiff is appealing the Order of the District Court granting the Meta Defendant's Motion to Dismiss Count I, II, III, and IV of the Plaintiff's Complaint.

The Order is a final judgment that disposes of all claims and controversies between the parties. Because of the unusual procedural nature of the dismissal of the Russian Defendants

through a blanket dismissal of the complaint by the Court, the Plaintiff has filed a Motion to Alter, Amend, or Vacate the Dismissal of the Complaint and the Dismissal of the § 1985(3) claims against all of the Russian Defendants. The Plaintiff has also included in the Motion to Alter, Amend or Vacate the Dismissal of the § 1986 claim against the Meta Defendants. Out of an abundance of caution the Plaintiff files this notice of appeal under Fed. R. App. 3 brought within the timeframe prescribed for taking an appeal.

This appeal is proper under 28 U.S.C. 1291.

Respectfully Submitted:
August 21, 2023

SOUTHERN MED LAW

*/s/ François M. Blaudeau MD JD*
Francois M. Blaudeau (ASB-7722-D32F)
(*pro hac vice* pending)
Evan T. Rosemore (ASB-3760-N10B)
Marc J. Mandich (ASB-9346-H48E)
2762 B M Montgomery St, Suite 101
Homewood, AL 35209
Office: 205.564.2741
Fax: 205.649.6386
francois@southernmedlaw.com
evan@southernmedlaw.com
marc@southernmedlaw.com

*Lead Counsel for the Plaintiff*


HODGE & LANGLEY LAW FIRM, P.C.

*/s/ Ryan Langley*_____
Ryan Langley
SC Federal Bar No.: 10047
229 Magnolia St. (29306)
P.O. Box 2765
Spartanburg, SC 29304
rlangley@hodgelawfirm.com

MALLOY LAW FIRM
Gerald Malloy

108 Cargill Way
Hartsville, SC 29550
gmalloy@bellsouth.net

*Co-Counsel for the Plaintiff*