FILED: September 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1880
(2:22-cv-03830-RMG)

_____

M.P., a minor, by and through, Jennifer Pinckney, as Parent, Natural Guardian, and Next Friend

    Plaintiff - Appellant

v.

META PLATFORMS INC., f/k/a Facebook, Inc., f/k/a Facebook Payments Inc., f/k/a Facebook Technologies LLC, f/k/a Instagram, LLC, f/k/a Siculus Inc., f/k/a Facebook Holdings LLC; INTERNET RESEARCH AGENCY LLC, a/k/a Mediasintez llc, a/k/a Glavset LLC, a/k/a Mixinfo LLC, a/k/a Azimut LLC, a/k/a Novinfo LLC; CONCORD MANAGEMENT AND CONSULTING LLC; CONCORD CATERING; YEVGENIY VIKTOROVICH PRIGOZHIN

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motion to remand, the court grants the motion and remands this case to the district court for the limited purpose of addressing plaintiff's' motion to amend the district court's order to state clearly that only the

claims of the Meta defendants have been dismissed.

The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court. This appeal shall remain on the active docket of this court and the parties shall file a status report on October 10, 2023, and every 30 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

For the Court

/s/ Nwamaka Anowi, Clerk