# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 2, 2025

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: M. P., By and Through Her Parent, Natural Guardian, and Next
Friend, Jennifer Pin
v. Meta Platforms Inc., fka Facebook, et al.
No. 24-1133
(Your No. 23-1880)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 29, 2025 and placed on the docket May 2, 2025 as No. 24-1133.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst