# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  M. P., By and Through Her Parent, Natural Guardian, and Next Friend, Jennifer Pin
           v. Meta Platforms Inc., fka Facebook, et al.
           No. 24-1133
           (Your No. 23-1880)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk